CATHERINE MARTIN, Appellant, *v.* METROPOLITAN LIFE
INSURANCE COMPANY, Respondent.

*Negligence — master and servant — workmen's compensation — when*
*employee injured through negligent operation of elevator while about*
*to leave building where she was employed, on her own business, pro-*
*tected by Workmen's Compensation Law and cannot recover in action*
*for negligence.*

Martin v. Metropolitan Life Ins. Co., 197 App. Div. 382, affirmed.

(Argued May 3, 1922; decided May 31, 1922.)

APPEAL from a judgment, entered August 3, 1921, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department reversing a judgment in
favor of plaintiff entered upon a verdict and directing a
dismissal of the complaint in an action to recover for
personal injuries alleged to have been sustained by plaintiff
through the negligence of defendant, her employer.
Defendant owned and maintained a large office building,
part of which it occupied for its offices and part of which
it rented to other tenants. Plaintiff was employed in one
of defendant's departments on the eleventh floor of its
building. On the day of the accident, after eating her
lunch, she having available time before she was required
to resume her work, entered one of defendant's elevators
to descend to the street on a personal errand. As the
elevator reached the ground floor, the doors opened, and as
the plaintiff was in the act of stepping out, she being the
first passenger on the car to do so, the car suddenly shot
upwards, the back of the plaintiff's head came in contact
with the upper part of the entrance to the elevator shaft
at that point, and her body was forced downward, partly
crushed between the floor of the upward-bound car and
the wall of the shaft and catapulted into the elevator pit
many feet below. The Appellate Division held that
plaintiff was protected by the Workmen's Compensation
Law and could not recover in an action of negligence;
that she, having a right during the lunch hour to go out
on her own affairs, the employer was bound to furnish her
with a safe exit from the premises.

*Moses Feltenstein* and *Joseph Jeromer* for appellant.

*E. C. Sherwood, William J. Tully, Harry Cole Bates, William B. Davis* and *Benjamin C. Loder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.